**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE | ) | Chapter 7 |
| | ) | |
| Kokkines, Thomas | ) | CASE NO. 12-22325-BWB |
| Kokkines, Tina | ) | |
| Debtor(s). | ) | Hon. Bruce W. Black |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE Bruce W. Black

NOW COMES Joji Takada, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,250.00 as compensation and $13.75 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,000.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $0.00 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $1,250.00 | |

## II. TRUSTEE'S EXPENSES

Photocopies $8.80
Postage $4.95

TOTAL EXPENSES $13.75

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____    /s/ Joji Takada _____
Joji Takada, Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
Business          (773) 790-4888
FAX               (773) 913-8800

JOJI TAKADA, CHAPTER 7 TRUSTEE
6336 North Cicero Avenue, Suite 201
Chicago, Illinois  60646
773-790-4888

**Timesheet #:** 240
**Date:** 5/9/2013
**Case Number:** 12-22325
**Matter #:** 016--Kokkines

| Entry Date | Description | Hours |
|---|---|---|
| 6/20/2012 | Review petition, schedules and bankruptcy filing; Travel to and conduct 341 meeting of creditors. | 1.00 |
| 6/25/2012 | Review Schedules B and C; Review bank statements; Correspondence with D. Dodge re: value of Land Rover vehicle. | 1.00 |
| 6/29/2012 | Review amended Schedules B and C. | 0.30 |
| 7/19/2012 | Telephone conference and correspondence with Debtor's counsel re: non-exempt bank funds and equity in Land Rover vehicle; File initial report of assets. | 0.70 |
| 7/25/2012 | Draft and revise Notice, Motion and Proposed Order re: compromise of non-exempt bank funds and equity in Land Rover vehicle | 2.00 |
| 8/10/2012 | Travel to and attend hearing re: Motion to Approve Compromise. | 0.30 |
| 1/31/2013 | Review case file; Prepare and file Forms 1, 2 and 3. | 1.00 |
| 5/9/2013 | Prepare Trustee Final Report, Trustee Fee Application and Notice re: same. | 2.10 |
| | ANTICIPATED--File Trustee Final Report, Trustee Fee Application and Notice re: same; Travel to and attend hearing re: same. | 0.50 |
| | TOTAL HOURS: | 8.90 |
| | $8.80--Photocopies at $0.10 per copy (Motion to Approve Compromise) $4.95--Postage at $0.45 (Motion to Approve Compromise) | |