**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-22325 |
| Thomas Kokkines | § | Chapter 7 |
| Tina Kokkines | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 9/13/2013
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/15/2013     By: _/s/ Joji Takada_
                                             Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:　§
　§
Thomas Kokkines　§　Case No. 12-22325
Tina Kokkines　§
　§
　　　Debtor(s)　§

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 20.00 |
| leaving a balance on hand of[1] | $ | 4,980.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: Joji Takada | $ 13.75 | $ 0.00 | $ 13.75 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,263.75 |
| Remaining Balance | $ 3,716.25 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 29,468.98 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 12.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Midland Funding LLC | $ 1,680.67 | $ 0.00 | $ 211.94 |
| 2 | American Infosource Lp As Agent For | $ 20,569.10 | $ 0.00 | $ 2,593.91 |
| 3 | Midland Funding LLC | $ 1,148.66 | $ 0.00 | $ 144.85 |
| 4 | Capital Recovery V LLC | $ 3,053.25 | $ 0.00 | $ 385.04 |
| 5 | Capital One, N.A. (Best Buy Co., Inc.) | $ 766.30 | $ 0.00 | $ 96.64 |
| 6 | N. A. Capital One | $ 2,251.00 | $ 0.00 | $ 283.87 |

Total to be paid to timely general unsecured creditors        $        3,716.25

Remaining Balance        $        0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                               Case No. 12-22325-BWB
Thomas Kokkines                                                      Chapter 7
Tina Kokkines
         Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1           User: adragonet               Page 1 of 3                  Date Rcvd: Aug 16, 2013
                               Form ID: pdf006               Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 18, 2013.
db/jdb        +Thomas Kokkines,    Tina Kokkines,    24250 Merlot Lane,    Plainfield, IL 60586-7203
18983354     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
              (address filed with court:   Citibank Usa,    Citicorp Credit Services/Attn: Centraliz,
                Po Box 20363,    Kansas City, MO 64195)
18983348      +Caf/Carmax Auto Finance,    Attn: Bankruptcy,    225 Chastain Meadows Ct.,
                Kennesaw, GA 30144-5942
19580539       Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
19571541      +Capital One, N.A. (Best Buy Co., Inc.),    c/o Bass & Associates, P.C.,
                3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
18983351      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18983352      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
18983350      +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
18983353      +Chase Mht Bk,    Attention: Bankruptcy,   Po Box 15298,    Wilmington, DE 19850-5298
18983355      +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
18983358      +FMS,   PO box 707601,    Tulsa, OK 74170-7601
18983357      +Firstsource Advantage,    1232 W State Rd #2,    La Porte, IN 46350-5469
18983359      +Freedman Anselmo Lindberg LLC,    PO Box 3228,    Naperville, IL 60566-3228
18983363      +Gmac Mortgage,    3451 Hammond Ave,    Waterloo, IA 50702-5300
18983364      +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5213,    Carol Stream, IL 60197-5213
18983365      +Hsbc/bsbuy,    1405 Foulk Road,    Wilmington, DE 19803-2769
18983366      +Illinois Department of Revenue,    P.O. Box 64338,    Chicago, IL 60664-0338
18983369      +Land Rover,    25 Braintree Hill Park S,    Braintree, MA 02184-8702
19253922      +Mayo Clinic,    P.O. Box 790127,   Saint Louis, MO 63179-0127
18983370      +Med Busi Bur,    1460 Renaissance D,    Park Ridge, IL 60068-1349
18983371      +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,   Chicago, IL 60606-6974
19927224       Midland Funding LLC,    By its authorized agent Recoser, LLC,    25 SE 2nd Ave, Suite 1120,
                Miami, FL 33131-1605
19253923       Midwest Center for Advanced Imaging,    4355 Montgomery Rd.,    Naperville, IL 60564
18983373     ++NISSAN MOTOR ACCEPTANCE CORPORATION,    LOSS RECOVERY,   PO BOX 660366,    DALLAS TX 75266-0366
              (address filed with court:   Nissn Inf Lt,    Attn: Bankruptcy,    8900 Freeport Parkway,
                Irving, TX 75063)
19253924       Northwestern Memorial Hospital,    P.O. Box 73690,    Chicago, IL 60673-7690
19253925      +Provena Saint Joseph Hospital,    2870 Stoner Court,   Suite 300,    North Liberty, IA 52317-8525
18983376       Sears/cbna,    133200 Smith Rd,    Cleveland, OH 44130
18983379      +Village of Lake Zurich,    70 East Main St.,    Lake Zurich, IL 60047-2416
18983377      +superior air ground amb serv,    p.o. box 1407,    Elmhurst, IL 60126-8407
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19272903       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 17 2013 00:12:02
                American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                Oklahoma City, OK 73126-8941
18983347      +E-mail/Text: banko@berkscredit.com Aug 17 2013 00:03:47    Berks Cc,    P.o. Box 329,
                Temple, PA 19560-0329
20416066       E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2013 00:11:51    Capital Recovery V, LLC,
                c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami, FL 33131-1605
18983349      +E-mail/Text: contact@csicollects.com Aug 17 2013 00:02:50    Certified Services Inc,
                Po Box 177,   Waukegan, IL 60079-0177
18983356      +E-mail/Text: bankruptcy@edward.org Aug 17 2013 00:06:47    Edward Hospital,    PO Box 4207,
                Carol Stream, IL 60197-4207
19267417       E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2013 00:11:50    GE Capital Retail Bank,
                c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
18983360      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:11:36    Gecrb/gap,    Po Box 965005,
                Orlando, FL 32896-5005
18983361      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:11:36    Gemb/JC Penny,
                Attention: Bankruptcy,    Po Box 103104,   Roswell, GA 30076-9104
18983362      +E-mail/PDF: gecsedi@recoverycorp.com Aug 17 2013 00:09:40    Gembppbycr,    Gemb/Attn: Bankruptcy,
                Po Box 103104,    Roswell, GA 30076-9104
18983367       E-mail/Text: cio.bncmail@irs.gov Aug 16 2013 23:58:05    Internal Revenue Service,
                P.O. Box 7346,   Philadelphia, PA 19101-7346
18983368      +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 17 2013 00:01:10     Kohls/capone,    Po Box 3115,
                Milwaukee, WI 53201-3115
18983372      +E-mail/Text: bankruptcydpt@mcmcg.com Aug 17 2013 00:01:43    Midland Funding,
                8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
18983374      +E-mail/Text: clientservices@northwestcollectors.com Aug 17 2013 00:03:48     Northwest Collectors,
                3601 Algonquin Rd. Suite 232,    Rolling Meadows, IL 60008-3143
18983375      +E-mail/Text: bankruptcydepartment@ncogroup.com Aug 17 2013 00:05:20     Osi Collect,
                507 Prudential Rd.,    Horsham, PA 19044-2308
19927225       E-mail/PDF: rmscedi@recoverycorp.com Aug 17 2013 00:11:51    Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                Miami, FL 33131-1605
                                                                                              TOTAL: 15
```

```
District/off: 0752-1           User: adragonet              Page 2 of 3                   Date Rcvd: Aug 16, 2013
                               Form ID: pdf006              Total Noticed: 44

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19253921     ##+Action for Kids,    857 Center Ct.,    Suite D,    Joliet, IL 60404-8520
18983378     ##+Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
                                                                                             TOTALS: 0, * 0, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 18, 2013**              **Signature:**  _Joseph Speetjens_

```
District/off: 0752-1          User: adragonet              Page 3 of 3                  Date Rcvd: Aug 16, 2013
                              Form ID: pdf006              Total Noticed: 44
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 15, 2013 at the address(es) listed below:

```
          John P Carlin    on behalf of Debtor Thomas  Kokkines jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          John P Carlin    on behalf of Joint Debtor Tina  Kokkines jcarlin@changandcarlin.com,
           changcarlin@iamthewolf.com
          Joji  Takada     on behalf of Trustee Joji  Takada trustee@takadallc.com,
           jtakada@ecf.epiqsystems.com
          Joji  Takada     trustee@takadallc.com,  jtakada@ecf.epiqsystems.com
          Michael L Sherman    on behalf of Creditor    Land Rover Capital Group shermlaw1@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 6
```