UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Thomas Kokkines | § | Case No. 12-22325 |
| Tina Kokkines | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | American Infosource Lp As Agent For | | | | | |
| 5 | Capital One, N.A. (Best Buy Co., Inc.) | | | | | |
| 4 | Capital Recovery V LLC | | | | | |
| 1 | Midland Funding LLC | | | | | |
| 3 | Midland Funding LLC | | | | | |
| 6 | N. A. Capital One | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-22325 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Thomas Kokkines | | | | Date Filed (f) or Converted (c): | 05/31/2012 (f) |
| | Tina Kokkines | | | | 341(a) Meeting Date: | 06/20/2012 |
| For Period Ending: | 11/12/2013 | | | | Claims Bar Date: | 10/19/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 24250 Merlot Lane Plainfield, IL 60586 | 269,200.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account with Chase | 923.24 | 0.00 | | 0.00 | FA |
| 3. Checking Account with Chase with Daughter | 200.00 | 100.00 | | 0.00 | FA |
| 4. Savings account with Chase | 6,504.02 | 0.00 | | 2,500.00 | 0.00 |
| 5. Checking Account with Chase | 100.00 | 100.00 | | 0.00 | FA |
| 6. Checking Account with Chase | 56.77 | 56.77 | | 0.00 | FA |
| 7. Checking Account with Chase with Son | 423.00 | 423.00 | | 0.00 | FA |
| 8. Miscellaneous household goods | 900.00 | 0.00 | | 0.00 | FA |
| 9. Clothing | 400.00 | 0.00 | | 0.00 | FA |
| 10. Term life insurance--no cash surrender value | 0.00 | 0.00 | | 0.00 | FA |
| 11. 401k | 80,000.00 | 0.00 | | 0.00 | FA |
| 12. 2006 Land Rover LR3--88K miles | 15,000.00 | 1,666.26 | | 2,500.00 | FA |
| 13. 2006 Saab 9-5--113K miles | 3,200.00 | 0.00 | | 0.00 | FA |
| 14. Family pets | 0.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $376,907.03 | $2,346.03 | | $5,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

012813--Settled with debtor regarding equity in vehicle and nonexempt bank funds

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

Exhibit 8

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-22325 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Thomas Kokkines | | Bank Name: | Congressional Bank |
| | Tina Kokkines | | Account Number/CD#: | XXXXXX8142 |
| | | | | Checking Account |
| Taxpayer ID No: | XX-XXX9647 | | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/22/12 | 12 | Thomas Kokkines and Tina Kokkines<br>24250 Merlot Lane<br>Plainfield, Illinois 60586 | Settlement funds<br>Partial payment of settlement regarding non-exempt bank funds and turnover of automobile | 1129-000 | $1,500.00 | | $1,500.00 |
| 09/25/12 | 12 | Tom Kokkines | Settlement funds<br>Partial payment ($2000 of $5000 paid) | 1129-000 | $500.00 | | $2,000.00 |
| 10/22/12 | 12 | Tom Kokkines | Settlement funds<br>Partial settlement re: bank accounts and automobile | 1129-000 | $500.00 | | $2,500.00 |
| 12/04/12 | 4 | Thomas Kokkines | Settlement funds | 1129-000 | $500.00 | | $3,000.00 |
| 12/22/12 | 4 | Thomas Kokkines | Settlement funds | 1129-000 | $500.00 | | $3,500.00 |
| 02/12/13 | | Transfer to Acct # xxxxxx8161 | Transfer of Funds | 9999-000 | | $3,500.00 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $3,500.00 | $3,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $3,500.00 |
| Subtotal | $3,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $3,500.00 | $0.00 |

Page Subtotals:    $3,500.00    $3,500.00

**UST Form 101-7-TDR (5/1/2011)** *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-22325 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: Thomas Kokkines | Bank Name: | The Bank of New York Mellon |
| Tina Kokkines | Account Number/CD#: | XXXXXX8161 |
| | | Checking |
| Taxpayer ID No: XX-XXX9647 | Blanket Bond (per case limit): | |
| For Period Ending: 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx8142 | Transfer of Funds | 9999-000 | $3,500.00 | | $3,500.00 |
| 02/21/13 | 4 | Thomas Kokkines | Settlement payment Installment payment regarding buy back of interest in vehicle and non-exempt funds | 1129-000 | $500.00 | | $4,000.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $2.95 | $3,997.05 |
| 03/11/13 | | The Bank of New York Mellon 500 Ross Street Suite 154-0510 Pittsburgh, PA 15262 | | 2600-000 | | $7.05 | $3,990.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $3,980.00 |
| 04/19/13 | 4 | Thomas Kokkines | Settlement payment | 1129-000 | $1,000.00 | | $4,980.00 |
| 09/19/13 | 100001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,250.00 | $3,730.00 |
| 09/19/13 | 100002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $13.75 | $3,716.25 |
| 09/19/13 | 100003 | Midland Funding LLC Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $211.94 | $3,504.31 |
| 09/19/13 | 100004 | American Infosource Lp As Agent For Midland Funding Llc Po Box 268941 Oklahoma City, Ok 73126-8941 | Final distribution per court order. | 7100-000 | | $2,593.91 | $910.40 |
| 09/19/13 | 100005 | Midland Funding LLC Midland Funding LLC By its authorized agent Recoser, LLC 25 SE 2nd Ave, Suite 1120 Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $144.85 | $765.55 |

Page Subtotals: $5,000.00 $4,234.45

**UST Form 101-7-TDR (5/1/2011)** *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-22325 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | Thomas Kokkines | Bank Name: | The Bank of New York Mellon |
| | Tina Kokkines | Account Number/CD#: | XXXXXX8161 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX9647 | Blanket Bond (per case limit): | |
| For Period Ending: | 11/12/2013 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/19/13 | 100006 | Capital Recovery V LLC<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Final distribution per court order. | 7100-000 | | $385.04 | $380.51 |
| 09/19/13 | 100007 | Capital One, N.A. (Best Buy Co., Inc.)<br>C/O Bass & Associates, P.C.<br>3936 E. Ft. Lowell Road, Suite #200<br>Tucson, Az 85712 | Final distribution per court order. | 7100-000 | | $96.64 | $283.87 |
| 09/19/13 | 100008 | N. A. Capital One<br>Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $283.87 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $5,000.00 | $5,000.00 |
| Less: Bank Transfers/CD's | $3,500.00 | $0.00 |
| Subtotal | $1,500.00 | $5,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $1,500.00 | $5,000.00 |

Page Subtotals: $0.00  $765.55

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8142 - Checking Account | $3,500.00 | $0.00 | $0.00 |
| XXXXXX8161 - Checking | $1,500.00 | $5,000.00 | $0.00 |
|  | $5,000.00 | $5,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $5,000.00 |
| Total Gross Receipts: | $5,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*